940 A.2d 298

IN THE MATTER OF NANCY R. WOOD, AN ATTORNEY AT LAW.

February 14, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–180, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **NANCY R. WOOD** of **MOUNT HOLLY,** who was admitted to the bar of this State in 1988, should be censured for violating *RPC* 5.5(a) (unauthorized practice of law), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **NANCY R. WOOD** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.